SQUIRE, SANDERS & DEMPSEY
Nathan Lane III (State Bar No. 50961)
Joseph A. Meckes (State Bar No. 190279)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Phone   (415) 954-0200
Fax       (415) 393-9887

Attorneys for Defendant and Counterclaimant
TAIWAN SUMIDA ELECTRONICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/31/06*

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation<br><br>Defendant.<br><br>TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation<br><br>Counterclaimant,<br><br>vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation<br><br>Counterrespondent. | CASE NO. C05 03522 RMW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT TAIWAN SUMIDA ELECTRONICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE ITS ANSWER AND COUNTERCLAIMS UNDER SEAL<br><br>Civ. L. R. 7-11 and 79-5(b) |

1  Pursuant to Civil Local Rules 7-11 and 79-5(b), this Court GRANTS defendant and
2  counterclaimant Taiwan Sumida Electronics, Inc.'s Miscellaneous Administrative Request to File
3  Its Answer and Counterclaims Under Seal.
4  **IT IS SO ORDERED.**
5
6  DATED:  ___1/31/06___          By  __/S/ RONALD M. WHYTE__
                                       UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

[PROPOSED] ORDER GRANTING MAR TO FILE
ANSWER & COUNTERCLAIMS UNDER SEAL;     - 1 -
CASE NO. C05-3522 RMW

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On *January 20, 2006*, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING DEFENDANT TAIWAN SUMIDA ELECTRONICS, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE ITS ANSWER AND COUNTERCLAIMS UNDER SEAL** on interested parties in this action by placing a true copies thereof enclosed in a sealed envelope addressed as set forth below:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing personal delivery by hand of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

☒ by causing personal delivery by Worldwide Attorney Services of the document(s) listed above to the person(s) at the address(es) set forth below.

**<u>Attorneys for Plaintiff Monolithic Power Systems, Inc.</u>**
Mark A. Flagel, Esq.
Robert Steinberg, Esq.
Rosslyn Stevens Hummer, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Phone: (213) 485-1234
Fax:     (213) 891-8763

Executed on *January 20, 2006*, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Lanii G. Langlois