1

2

3

4                                        **E-FILED on**    4/10/06

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   MONOLITHIC POWER SYSTEMS, INC., a        No. C-05-03522 RMW
     Delaware corporation,
13                                            ORDER REFERRING CASE FOR RELATED
                    Plaintiff,                CASE DETERMINATION
14
             v.
15
     TAIWAN SUMIDA ELECTRONICS, INC., a
16   Taiwan corporation,

17                  Defendant.

18

19

20        Although no party has filed a formal notice of related case, it appears this action may be

21   related to two cases, No. 00-04071 CW and No. 01-03995 CW, before Judge Claudia Wilken.  On

22   the court's own motion, this case is referred to Judge Wilken for the sole purpose of determining if it

23   is related to the earlier-filed actions before her.

24

25

26   DATED:        4/7/06                              /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
27                                              United States District Judge

28

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION—No. C-05-03522 RMW
JAH

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiffs:**

3 | Mark A. Flagel          mark.flagel@lw.com
Robert Steinberg
4 | Rosslyn Stevens Hummer          beth.hummer@lw.com
Rosslyn Stevens

5 | **Counsel for Defendants:**

6 | Joseph A. Meckes          jmeckes@ssd.com
7 | Nathan Lane, III          nlane@ssd.com

8 |
Counsel are responsible for distributing copies of this document to co-counsel that have not
9 | registered for e-filing under the court's CM/ECF program.

10 |

**A courtesy copy will be faxed to Judge Claudia Wilken.**

11 |

12 |

13 | **Dated:**          4/10/06                          /s/ JH
                                           **Chambers of Judge Whyte**

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |