LATHAM & WATKINS LLP
  Mark A. Flagel (Bar No. 110635)
  Robert Steinberg (Bar No. 126407)
  Rosslyn Stevens Hummer (Bar No. 190615)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: lalitigation@lw.com

Attorneys for Plaintiff and Counterclaim Defendant
Monolithic Power Systems, Inc.

SQUIRE, SANDERS & DEMPSEY L.L.P.
  Nathan Lane III (Bar No. 50961)
  Joseph A. Meckes (Bar No. 190279)
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
nlane@ssd.com
jmeckes@ssd.com

Attorneys for Defendant and Counterclaimant
Taiwan Sumida Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>             Plaintiff,<br>     v.<br><br>TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation,<br><br>             Defendant. | CASE NO. C 05 03522 CW<br><br>JOINT STIPULATION OF THE PARTIES REGARDING CONTINUANCE OF MEDIATION CUT OFF BY ONE WEEK TO SEPTEMBER 8, 2006; [PROPOSED] ORDER |
| TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation,<br><br>             Counterclaimant,<br>     v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>             Counterclaim Defendant. | |

LA\1602844.2

Joint Stipulation of the Parties Regarding Continuance of
Mediation Cutoff to Sept. 8, 2006; [Proposed] Order
Case No. C 05-03522 CW

1       WHEREAS, plaintiff and counterclaim defendant Monolithic Power Systems, Inc. ("MPS") and defendant and counterclaimant Taiwan Sumida Electronics, Inc. ("TSE") (collectively, the "Parties") appeared at the Case Management Conference on May 26, 2006;

      WHEREAS, the Court ordered the parties to conduct a private mediation, which mediation was to be held by September 1, 2006;

      WHEREAS, the parties have agreed to a private mediator, the Hon. Edward A. Infante;

      WHEREAS, TSE desires to complete certain discovery prior to the mediation, and given scheduling issues, some of the depositions TSE wishes to complete prior to the mediation will not take place until the end of August;

      WHEREAS, the parties determined that, given these scheduling issues, and Judge Infante's desire to have mediation briefs submitted seven days prior to the mediation, it would be necessary to move the mediation itself to the first part of September;

      WHEREAS, Judge Infante, the parties, and counsel are available to mediate on September 7, 2006, which requires a short extension of the current deadline for conducting the mediation;

      WHEREAS, the Parties wish extend the mediation cut-off by one week, to September 8, 2006;

      **NOW THEREFORE IT IS HEREBY STIPULATED** by and between Plaintiff and Counterclaim Defendant Monolithic Power Systems, Inc. and Defendant and Counterclaimant Taiwan Sumida Electronics, Inc., that:

      The Parties shall attend a mediation before the Hon. Edward A. Infante on September 7, 2006, at the San Francisco office of JAMS, commencing at 9:00 am, PST;

///
///
///
///
///

LA\1602844.2

Joint Stipulation of the Parties Regarding Continuance of Mediation Cutoff to Sept. 8, 2006; [Proposed] Order
Case No. C 05-03522 CW

1

1             The Parties' deadline for conducting mediation be continued to Friday,

2 September 8, 2006.

3

4 Dated: July 17, 2006                       SQUIRE, SANDERS & DEMPSEY L.L.P.
                                          Nathan Lane III

5                                           Joseph A. Meckes

6                                           By _/s/ Nathan Lane III_

7                                           Nathan Lane III
                                          Attorneys for Defendant and Counterclaimant

8                                           Taiwan Sumida Electronics, Inc.

9 Dated: July 17, 2006                       LATHAM & WATKINS LLP
                                          Mark A. Flagel

10                                          Bob Steinberg

11                                          Rosslyn S. Hummer

12                                          By _/s/ Rosslyn Stevens Hummer_

13                                          Rosslyn Stevens Hummer
                                         Attorneys for Plaintiff and Counterclaim

14                                          Defendant Monolithic Power Systems, Inc.

15

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17 Dated: 7/18/06                            _/s/ Claudia Wilken_

18                                          Hon. Claudia Wilken
                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

LA\1602844.2                                                 Joint Stipulation of the Parties Regarding Continuance of
                                                        2 Mediation Cutoff to Sept. 8, 2006; [Proposed] Order
                                                                           Case No. C 05-03522 CW

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **July 17, 2006**, I served the following document described as:

**JOINT STIPULATION OF THE PARTIES REGARDING CONTINUANCE OF MEDIATION CUT-OFF BY ONE WEEK TO SEPTEMBER 8, 2006; [PROPOSED] ORDER**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

SQUIRE SANDERS & DEMPSEY
Nathan Lane III
Joseph A. Meckes
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 17, 2006**, at Los Angeles, California.

_____
Catherine Molina