**United States District Court**
**For the Northern District of California**

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation,<br><br>      Defendant.<br>_____/<br>TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation,<br><br>      Counterclaimant,<br><br>   v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>      Counterclaim Defendant.<br>_____/ | No. C 05-3522 CW<br><br>AMENDED ORDER STRIKING MPS' MOTION FOR SUMMARY ADJUDICATION, DENYING MOTION TO FILE UNDER SEAL AND SETTING BRIEFING SCHEDULE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

    The parties have filed separate and concurrent motions for summary judgment. Such simultaneous filings violate the Court's standing orders, which state that cross or counter-motions "shall

be contained within the opposition to any motion for summary judgment and shall conform with Civil L.R. 7-3." The case management order in this case provides, "If filing cross-motions, defendant to file first brief." Accordingly, the Court sua sponte strikes MPS' motion for summary adjudication and sets the following revised briefing schedule. MPS shall file a combined opposition and cross-motion on March 23, 2007; Sumida's opposition and reply will be due on March 30, 2007; and MPS' reply will be due one week later on April 6, 2007. The matters will be heard on April 20, 2007; the April 13, 2007 hearing date is hereby VACATED. In addition, MPS' motion to file under seal (Docket No. 48) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: 3/13/07

CLAUDIA WILKEN
United States District Judge

2