1  LATHAM & WATKINS LLP
      Mark A. Flagel (Bar No. 110635)
2     Robert Steinberg (Bar No. 126407)
      John D. Minton (Bar No. 223823)
3  140 Scott Drive
   Menlo Park, CA 94025
4  Telephone:  (650) 328-4600
   Facsimile:  (650) 463-2600
5  Email: john.minton@lw.com

6  Attorneys for Plaintiff and Counterclaim Defendant
   Monolithic Power Systems, Inc.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

| | |
|---|---|
| 11  MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | CASE NO.  C 05-3522 CW |
| 12 | |
| 13               Plaintiff, | **ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT MONOLITHIC POWER SYSTEM, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING MONOLITHIC POWER SYSTEMS, INC.'S OPPOSITION TO TAIWAN SUMIDA ELECTRONICS, INC.'S MOTION FOR SUMMARY JUDGMENT AND MPS'S MOTION FOR SUMMARY ADJUDICATION** |
| 14       v. | |
| 15  TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation, | |
| 16               Defendant. | |
| 17 | |
| 18 | |
| 19 | The Honorable Claudia Wilken |
| 20  TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation, | |
| 21               Counterclaimant, | |
| 22       v. | |
| 23  MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | |
| 24 | |
| 25               Counterclaim Defendant. | |

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING ADMIN
MOTION TO FILE UNDER SEAL
Case No. C05-3522 CW

1   The Court, having considered Monolithic Power Systems, Inc.'s ("MPS") Administrative
2   Motion (the "Administrative Motion") to File Under Seal Regarding MPS's Opposition to
3   Taiwan Sumida Electronics, Inc.'s Motion for Summary Judgment and MPS's Motion for
4   Summary Adjudication (the "Opposition and Motion"), John D. Minton's Declaration in Support
5   of the Administrative Motion, and good cause appearing therefore,
6   HEREBY ORDERS:
7   Plaintiff MPS's Motion is GRANTED as to Exhibits 1, 3, 4, 5, 15, 16, 19, 20, 21, 22, 25,
8   26, 27, 28, 32, 37, 38, 39, 40, 41, 43, 44, 45 and 46 to John D. Minton's Declaration in Support
9   of the Opposition and Motion, portions of the Opposition and Motion, and portions of Michael
10  Barclay's Declaration in Support of the Opposition and Motion.
11  IT IS SO ORDERED.
12            4/26/07
13  DATED: _____

16  _____
    The Honorable Claudia Wilken
17  United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

[PROPOSED] ORDER GRANTING ADMIN.
MOTION TO FILE UNDER SEAL
Case No. C05-3522 CW