1  LATHAM & WATKINS LLP
      Mark A. Flagel (Bar No. 110635)
2     Robert Steinberg (Bar No. 126407)
      John D. Minton (Bar No. 223823)
3  140 Scott Drive
   Menlo Park, CA 94025
4  Telephone:  (650) 328-4600
   Facsimile:  (650) 463-2600
5  Email:  mark.flagel@lw.com

6  Attorneys for Plaintiff and Counterclaim Defendant
   MONOLITHIC POWER SYSTEMS, INC.
7
   SQUIRE, SANDERS & DEMPSEY L.L.P.
8     Nathan Lane, III (Bar No. 50961)
      Joseph A. Meckes (Bar No. 190279)
9  One Maritime Plaza, Suite 300
   San Francisco, CA 94111
10 Telephone:  (415) 954-0200
   Facsimile:  (415) 393-9887
11 Email:  nlane@ssd.com

12 Attorneys for Defendant and Counterclaimant
   TAIWAN SUMIDA ELECTRONICS, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                     OAKLAND DIVISION

17 | MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | CASE NO.  C 05-3522 CW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [ORDER** |
| v. | |
| TAIWAN SUMIDA ELECTRONICS, INC., a Taiwan corporation, | Date:       n/a<br>Courtroom:  2<br>Judge:       Hon. Claudia Wilken |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Monolithic Power Systems, Inc. and Defendant and Counterclaimant Taiwan Sumida Electronics, Inc., through the signature of their counsel, stipulate herein to dismiss this action with prejudice, including all claims, counterclaims, and affirmative defenses between Monolithic Power Systems, Inc. and Taiwan Sumida Electronics, Inc.  The Court shall retain jurisdiction to enforce the terms of a settlement agreement entered into between the parties.

Dated:  October 31, 2007          Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/
     Mark A. Flagel

Attorneys for Plaintiff and Counterclaim Defendant
MONOLITHIC POWER SYSTEMS, INC.

Dated:  October 31, 2007          Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By:  /s/
     Nathan Lane III

Attorneys for Defendant and Counterclaimant
TAIWAN SUMIDA ELECTRONICS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/1/07

Claudia Wilken
United States District Judge